BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 1:11-CR-395 |
| Plaintiff, | ) | |
| | ) | ORDER TO **UNSEAL** INDICTMENT |
| v. | ) | |
| | ) | |
| RONNIE ALEXANDER, | ) | |
| Defendant. | ) | |
| | ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: NOV 18 , 2011

_Jennifer L. Thurston_
Honorable Jennifer L. Thurston
United States Magistrate Judge

2

1   BENJAMIN B. WAGNER
    United States Attorney
2   ELANA S. LANDAU
    Assistant U.S. Attorney
3   2500 Tulare Street
    Fresno, California 93721
4   Telephone: (559) 497-4000

5

6                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                      EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,          )
                                       )   Case NO. 1:11-CR-395
12                   Plaintiff,        )
                                       )   REQUEST TO **UNSEAL** INDICTMENT
13       v.                            )
                                       )
14  RONNIE ALEXANDER,                  )
                                       )
15                   Defendant.        )
                                       )
16  _____)

17

18
         The arrest warrant in the above-captioned proceeding was
19
    executed on November 18, 2011.  As a result, there is no need for the
20
    indictment to remain under seal.  Accordingly, the United States asks
21
    that the Court order that the indictment be unsealed.
22

23
                              BENJAMIN B. WAGNER
24                            United States Attorney

25

26  Date: November 18, 2011      /s/ Elana S. Landau
                                 By: Elana S. Landau
27                               Assistant United States Attorney

28

                                   1